The People of the State of New York, Respondent,
against
Ronald Broussard, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J.), rendered March 31, 2016, convicting him, upon his plea of guilty, of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Felicia A. Mennin, J.), rendered March 31, 2016, affirmed.
The accusatory instrument charging unlicensed general vending (see Administrative Code of City of New York § 20—453) was not jurisdictionally defective. The sworn police allegation that defendant was observed "at the north east corner of Eighth Avenue and West 131st Street," displaying and offering for sale three t-shirts, "holding the merchandise in his hand", and "showing the merchandise to numerous people" was "sufficiently evidentiary in character" (People v Allen, 92 NY2d 378, 385 [1998]) to support the "sale or offer for sale" (see People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]; People v Guo Zhang, 14 Misc 3d 82 [2007], lv denied 8 NY3d 951 [2007]) and the "public space" elements of unlicensed general vending (see People v Kasse, 40 Misc 3d 126[A], 2013 NY Slip Op 51022[U] [App Term, 1st Dept 2013]), affd. 22 NY3d 1142 [2014]; People v Abdurraheem, 94 AD3d at 570).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: February 16, 2018